IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
06 MAR 29 PM 1:42

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

|  |  |
|---|---|
| IRVING HIRSHKOWITZ and SYLVIA HIRSHKOWITZ, | ) ) ) |
| Plaintiffs, | ) CASE NO. 1:05-CV-2948 ) ) |
| v. | ) JUDGE GAUGHAN ) |
| WASHINGTON NATIONAL INSURANCE COMPANY and CONSECO SERVICES, LLC, | ) ) MAG. JUDGE HEMANN ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Plaintiffs, Irving and Sylvia Hirshkowitz, and the Defendants, Washington National Insurance Company and Conseco Services, LLC, each by their respective counsel, having filed their Stipulation of Dismissal, and the Court, having reviewed same and being duly advised, now approves said Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and fees.

Dated: 3-29-06

Judge, U.S. District Court
Northern District of Ohio
Eastern Division

Distribution to:

Glenn E. Billington
GLENN E. BILLINGTON CO. LPA
1991 Lee Road, Suite 102
Cleveland Heights, OH 44118-2571

Steven K. Huffer
HUFFER & WEATHERS
151 North Delaware Street, Suite 1850
Indianapolis, IN 46204